# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AHADI ABU-AL MUHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>PRENTICE HILL, S. ADKINS,<br>J. HALL, and L. ABMA,<br><br>    Defendants. | **No. LA CV 17-01137-VBF (**PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting the Report and Recommendation of the United States Magistrate Judge, **final judgment is hereby entered in favor of all defendants on the federal-law claims, and all state-law claims are dismissed without prejudice.**

Dated: December 18, 2017

*Valerie Baker Fairbank*

_____

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE